# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JUSTIN BAILEY
*Plaintiff*
v.
CAROLYN W. COLVIN
*Defendant*

Civil Action No. 12-CV-3119-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:    Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice    on a motion for Summary Judgment.

Date: 06/25/2013

CLERK OF COURT

S/Linda L. Hansen, Deputy Clerk
Signature of Clerk or Deputy Clerk